Richard A. Marshack (TR), Chapter 7 Trustee
870 Roosevelt
Irvine, CA 92620
pkraus@marshackhays.com

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| AA-TEK Machining, Inc. | § | Case No. 8:17-bk-11047-ES |
| | § | |
| Debtor(s) | § | |
| | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Richard A. Marshack (TR), Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $6,175.75 (Without deducting any secured claims) | Assets Exempt: NA |
| Total Distributions to Claimants: $149,634.24 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: $35,365.76 | |

3) Total gross receipts of $185,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $185,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $173,962.10 | $146,526.70 | $135,936.83 | $135,936.83 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $35,188.26 | $36,165.76 | $35,365.76 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $1,500.00 | $18,002.72 | $18,002.72 | $13,697.41 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $2,135,890.83 | $346,413.60 | $346,413.60 | $0.00 |
| **TOTAL DISBURSEMENTS** | $2,311,352.93 | $546,131.28 | $536,518.91 | $185,000.00 |

4) This case was originally filed under chapter 7 on 03/18/2017. The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.** The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :    11/19/2019                              By :    /s/ Richard A. Marshack (TR)
                                                                    Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| 10 file cabinets, 1 storage cabinet, GM desk, Reception desk | 1129-000 | $500.00 |
| 1 water cooler and 1 time card | 1129-000 | $25.00 |
| Surface table | 1129-000 | $124.00 |
| 4 computers, 3 lapts, 3 CPU, 2 copy machines | 1129-000 | $162.00 |
| BMW 550I | 1129-000 | $2,211.00 |
| 1 Manual Forklift and 1 Propane Forklift | 1129-000 | $1,242.00 |
| Machine #9: SV400-2011 | 1129-000 | $18,988.00 |
| Machine #10: MV40B-2011 | 1129-000 | $10,420.00 |
| Machine #11: SL-150SMC-2012 | 1129-000 | $24,906.00 |
| Machine #12: MV65B/50-1995 | 1129-000 | $16,196.00 |
| Fan | 1129-000 | $269.00 |
| 11 racks and carts | 1129-000 | $174.00 |
| Drill Press | 1129-000 | $100.00 |
| Cutting Band Saw | 1129-000 | $820.00 |
| Harig 618 Surface Grinder | 1129-000 | $472.00 |
| Air Compressor | 1129-000 | $1,578.00 |
| Machine #1: MV40B-1994 | 1129-000 | $13,227.00 |
| Air Dryer | 1129-000 | $691.00 |
| Various Machine tools | 1129-000 | $4,759.00 |
| Machine #2: SV50-2008 | 1129-000 | $18,904.00 |
| Machine #3: MV40B-1995 | 1129-000 | $13,039.00 |
| Machine #4: MV40B-PD | 1129-000 | $9,638.00 |
| Machine #5: SL25-HALU-11/30/09 | 1129-000 | $8,106.00 |
| Machine #6: MV40B-2010 | 1129-000 | $7,585.00 |
| Machine #7: SL200 2010 | 1129-000 | $14,156.00 |
| Machine #8: Manual Mill 2011 | 1129-000 | $1,708.00 |
| Possible preference claim against Natalie Nguyen | 1241-000 | $15,000.00 |

| **TOTAL GROSS RECEIPTS** | | | $185,000.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Treger Financial | 4210-000 | $114,962.10 | $117,393.75 | $115,000.00 | $115,000.00 |
| | CAN Capital | 4210-000 | $58,000.00 | $28,196.12 | $20,000.00 | $20,000.00 |
| 00002 | County of Orange | 4800-000 | $1,000.00 | $936.83 | $936.83 | $936.83 |
| | **TOTAL SECURED** | | $173,962.10 | $146,526.70 | $135,936.83 | $135,936.83 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Richard A. Marshack | 2200-000 | NA | $411.62 | $411.62 | $411.62 |
| Bicher & Associates | 3991-400 | NA | $0.00 | $1,477.50 | $1,477.50 |
| Bicher & Associates | 3991-400 | NA | $0.00 | $0.00 | $0.00 |
| United States Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Hahn Fife & Company LLP | 3410-000 | NA | $3,696.00 | $3,696.00 | $3,696.00 |
| Hahn Fife & Company LLP | 3420-000 | NA | $338.60 | $338.60 | $338.60 |
| Zinser Law Group, PC | 3210-000 | NA | $10,000.00 | $9,500.00 | $9,500.00 |
| Zinser Law Group, PC | 3220-000 | NA | $263.40 | $263.40 | $263.40 |
| Southern California Edison Company | 2420-000 | NA | $395.52 | $395.52 | $395.52 |
| FRANCHISE TAX BOARD | 2820-000 | NA | $800.00 | $800.00 | $0.00 |
| FRANCHISE TAX BOARD | 2820-000 | NA | $1,725.00 | $1,725.00 | $1,725.00 |
| Richard A. Marshack | 2100-000 | NA | $12,500.00 | $12,500.00 | $12,500.00 |
| Bicher & Associates | 3992-410 | NA | $212.28 | $212.28 | $212.28 |

UST Form 101-7-TDR (10/1/2010) (Page: 4)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HCI Environmental & Engineering | 2990-000 | NA | $3,323.00 | $3,323.00 | $3,323.00 |
| International Sureties, LTD | 2300-000 | NA | $41.19 | $41.19 | $41.19 |
| Network Designs, Inc. | 2990-000 | NA | $150.00 | $150.00 | $150.00 |
| O'Neil Storage | 2410-000 | NA | $898.90 | $898.90 | $898.90 |
| Texas Capital Bank | 2600-000 | NA | $82.75 | $82.75 | $82.75 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $35,188.26 | $36,165.76 | $35,365.76 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00002A | County of Orange | 5800-000 | NA | $2,994.81 | $2,994.81 | $2,278.62 |
| 00005A | FRANCHISE TAX BOARD | 5800-000 | $1,500.00 | $2,673.71 | $2,673.71 | $2,034.31 |
| 00012A | Employment Development | 5800-000 | $0.00 | $12,334.20 | $12,334.20 | $9,384.48 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $1,500.00 | $18,002.72 | $18,002.72 | $13,697.41 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00018 | Synchrony Bank, c/o PRA | 7100-000 | NA | $631.00 | $631.00 | $0.00 |
| 00017 | Frontier Communications | 7100-000 | $942.35 | $641.66 | $641.66 | $0.00 |
| 00016 | VW Credit, Inc. | 7100-000 | NA | $9,307.46 | $9,307.46 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00015 | QA Lubricants, Inc., Attn: | 7100-000 | $2,044.62 | $2,044.62 | $2,044.62 | $0.00 |
| 00014 | Protection One, c/o Creditors | 7100-000 | $914.72 | $640.65 | $640.65 | $0.00 |
| 00013 | Haynie & Company, CPAs, | 7100-000 | $2,500.00 | $2,469.38 | $2,469.38 | $0.00 |
| 00012 | Employment Development | 7100-000 | NA | $3,653.19 | $3,653.19 | $0.00 |
| 00011 | Fry Steel Company | 7100-000 | $7,389.60 | $2,551.81 | $2,551.81 | $0.00 |
| 00010 | Thomas Publishing Co, LLC | 7100-000 | NA | $7,180.00 | $7,180.00 | $0.00 |
| 00009 | Southern California Edison | 7100-000 | $1,100.00 | $1,351.02 | $1,351.02 | $0.00 |
| 00007 | Bic Nguyen, c/o Spainhour Law | 7100-000 | $230,000.00 | $220,000.00 | $220,000.00 | $0.00 |
| 00006 | Magnetic Inspection Laboratory | 7100-000 | $4,000.00 | $3,985.00 | $3,985.00 | $0.00 |
| 00005 | FRANCHISE TAX BOARD | 7100-000 | NA | $1,523.68 | $1,523.68 | $0.00 |
| 00004 | Intercity Centerless Grinding | 7100-000 | $700.00 | $540.00 | $540.00 | $0.00 |
| 00003 | Thomas Publishing Co, LLC, Gaba | 7100-000 | $7,300.00 | $7,180.00 | $7,180.00 | $0.00 |
| 00001 | Thyana N. Nguyen | 7100-000 | $86,860.30 | $82,714.13 | $82,714.13 | $0.00 |
|  | Accurate Instrument Repair Inc. |  | $350.00 | NA | NA | $0.00 |
|  | Adobe System Inc. |  | $45.00 | NA | NA | $0.00 |
|  | Anaplex |  | $1,868.40 | NA | NA | $0.00 |
|  | Audi Financial Services |  | $89,000.00 | NA | NA | $0.00 |
|  | Barnett & Rubin |  | $2,585.81 | NA | NA | $0.00 |
|  | Blueline Industrial |  | $983.00 | NA | NA | $0.00 |
|  | Braico Metals |  | $1,134.45 | NA | NA | $0.00 |
|  | CR&R Inc. |  | $222.42 | NA | NA | $0.00 |
|  | Electron Plating III Inc. |  | $37,000.00 | NA | NA | $0.00 |
|  | Element Materials Technology |  | $2,000.00 | NA | NA | $0.00 |
|  | Fedex |  | $120.00 | NA | NA | $0.00 |
|  | Ha N. Luu |  | $250,000.00 | NA | NA | $0.00 |
|  | Martina Nguyen |  | $15,000.00 | NA | NA | $0.00 |
|  | Mil-Spec Heat Treating |  | $1,385.00 | NA | NA | $0.00 |
|  | Nu Bui |  | $3,975.00 | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Patrick Le | | $34,627.49 | NA | NA | $0.00 |
| | Patrick Le | | $1,236,500.56 | NA | NA | $0.00 |
| | Phiillips 66 Conoco | | $650.00 | NA | NA | $0.00 |
| | Professional Plastics Inc. | | $136.54 | NA | NA | $0.00 |
| | Protech Machine Tool Sale | | $10,315.67 | NA | NA | $0.00 |
| | Specialized Coating Services | | $6,840.00 | NA | NA | $0.00 |
| | Summit Steel Inc. | | $5,500.00 | NA | NA | $0.00 |
| | Tam Ngyuen | | $50,000.00 | NA | NA | $0.00 |
| | The Amado Trust | | $3,900.00 | NA | NA | $0.00 |
| | The Hartford Workers Comp | | $5,003.00 | NA | NA | $0.00 |
| | Thyana N. Nguyen | | $10,000.00 | NA | NA | $0.00 |
| | Torye Thao Nguyen | | $7,000.00 | NA | NA | $0.00 |
| | Travelers Insurance Liability | | $600.95 | NA | NA | $0.00 |
| | Uline | | $368.45 | NA | NA | $0.00 |
| | US Calibration | | $750.00 | NA | NA | $0.00 |
| | V&L Machine | | $12,597.50 | NA | NA | $0.00 |
| | Wells Fargo Bank | | $1,680.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,135,890.83 | $346,413.60 | $346,413.60 | $0.00 |

Page 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: **17-11047**  Judge: **Erithe A. Smith**  Trustee Name: **Richard A. Marshack (TR)**
Case Name: **AA-TEK Machining, Inc.**  Date Filed (f) or Converted (c): **03/18/2017 (f)**
341(a) Meeting Date: **05/02/2017**
For Period Ending: **11/19/2019**  Claims Bar Date: **07/31/2017**

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | Accounts Receivable | 6,175.75 | 0.00 | | 0.00 | FA |
| 2. | Wells Fargo Expense Account 6103 | 0.00 | 0.00 | | 0.00 | FA |
| 3. | Wells Fargo Payroll 7994 | 0.00 | 0.00 | | 0.00 | FA |
| 4. | Wells Fargo Savings 5568 | 0.00 | 0.00 | | 0.00 | FA |
| 5. | 10 file cabinets, 1 storage cabinet, GM desk, Reception desk | 2,000.00 | 0.00 | | 500.00 | FA |
| 6. | 1 water cooler and 1 time card | 100.00 | 0.00 | | 25.00 | FA |
| 7. | Surface table | 500.00 | 0.00 | | 124.00 | FA |
| 8. | 4 computers, 3 lapts, 3 CPU, 2 copy machines | 650.00 | 0.00 | | 162.00 | FA |
| 9. | BMW 550I | 8,900.00 | 0.00 | | 2,211.00 | FA |
| 10. | 1 Manual Forklift and 1 Propane Forklift | 5,000.00 | 0.00 | | 1,242.00 | FA |
| 11. | Machine #9: SV400-2011 | 76,784.54 | 0.00 | | 18,988.00 | FA |
| 12. | Machine #10: MV40B-2011 | 41,935.87 | 0.00 | | 10,420.00 | FA |
| 13. | Machine #11: SL-150SMC-2012 | 101,885.76 | 0.00 | | 24,906.00 | FA |
| 14. | Machine #12: MV65B/50-1995 | 65,181.92 | 0.00 | | 16,196.00 | FA |
| 15. | Fan | 1,084.08 | 0.00 | | 269.00 | FA |
| 16. | 11 racks and carts | 700.00 | 0.00 | | 174.00 | FA |
| 17. | Drill Press | 400.00 | 0.00 | | 100.00 | FA |
| 18. | Cutting Band Saw | 3,300.00 | 0.00 | | 820.00 | FA |
| 19. | Harig 618 Surface Grinder | 1,900.00 | 0.00 | | 472.00 | FA |
| 20. | Air Compressor | 6,349.72 | 0.00 | | 1,578.00 | FA |

UST Form 101-7-TDR (10/1/2010) (Page 8)    Exhibit 8

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No: 17-11047  
Case Name: AA-TEK Machining, Inc.  
Judge: Erithe A. Smith  
Trustee Name: Richard A. Marshack (TR)  
Date Filed (f) or Converted (c): 03/18/2017 (f)  
341(a) Meeting Date: 05/02/2017  
For Period Ending: 11/19/2019  
Claims Bar Date: 07/31/2017

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 21. Machine #1: MV40B-1994 | 53,234.00 | 0.00 | | 13,227.00 | FA |
| 22. Air Dryer | 2,780.30 | 0.00 | | 691.00 | FA |
| 23. Various Machine tools | 19,153.00 | 0.00 | | 4,759.00 | FA |
| 24. Machine #2: SV50-2008 | 76,079.72 | 0.00 | | 18,904.00 | FA |
| 25. Machine #3: MV40B-1995 | 52,477.43 | 0.00 | | 13,039.00 | FA |
| 26. Machine #4: MV40B-PD | 38,790.00 | 0.00 | | 9,638.00 | FA |
| 27. Machine #5: SL25-HALU-11/30/09 | 32,625.00 | 0.00 | | 8,106.00 | FA |
| 28. Machine #6: MV40B-2010 | 30,528.00 | 0.00 | | 7,585.00 | FA |
| 29. Machine #7: SL200 2010 | 56,970.55 | 0.00 | | 14,156.00 | FA |
| 30. Machine #8: Manual Mill 2011 | 6,875.00 | 0.00 | | 1,708.00 | FA |
| 31. Possible preference claim against Natalie Nguyen (u) | 0.00 | Unknown | | 15,000.00 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 692,360.64 | 0.00 | | 185,000.00 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**3/31/19: all assets have been administered. Trustee is in the process of closing the case.**

**3/31/18: update from counsel**
**The Trustee sold the assets of AA-Tek Machining, Inc. to Heritage Global Partners, Inc. for $170,000 effective when approved by the Court's Order on May 15, 2017. Zinser Law Group, PC is pursuing one preference action on behalf of the Trustee against an insider creditor, Natalie Nguyen. Ms. Nguyen is the sister of the shareholder of AA-Tek Machining, Inc. Settlement negotiations regarding the preference are ongoing with Ms. Nguyen's counsel Michael J. Berger. No preference action has been filed at this point. Estimated completion date: It is difficult to predict the completion date since negotiations have been ongoing since October 2017. Hopefully, this will be complete by October 30, 2018.**

UST Form 101-7-TDR (10/1/2010) (Page 9)    Exhibit 8

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-11047 | Judge: | Erithe A. Smith | Trustee Name: | Richard A. Marshack (TR) |
|---|---|---|---|---|---|
| Case Name: | AA-TEK Machining, Inc. | | | Date Filed (f) or Converted (c): | 03/18/2017 (f) |
| | | | | 341(a) Meeting Date: | 05/02/2017 |
| For Period Ending: | 11/19/2019 | | | Claims Bar Date: | 07/31/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**5/21/17:** After substantial investigation and information from Thyana Nguyen, a principal of debtor, it was determined that the petition values for the assets were the original purchase prices ... not the current market value. Trustee arranged inspections of the assets - more than 10 parties were present. Trustee received four offers for purchase of all assets - as-is - all cash - ranging from $70,000 to $170,000. On 5/15/17, the Court entered an order authorizing the sale to HGP for $170,000. The buyer negotiated with the landlord to remain on the premises until 7/1/17 - to arrange for moving the large equipment.

**Trustee employed a field agent to box the books/records.**

**Trustee negotiated with two secured creditors for reduced claims. Two liens filed within 90 days of the petition date were withdrawn.**

**Claim info: Claims have been reviewed. No objections needed.**

**Tax info: 3/26/19:** case sent to accountant for final estate returns.
tax returns will be prepared as soon as the final settlement payment is received.

**Litigation: Preference complaint filed 7/20/18; Case No. 18-ap-1143**
**Trustee v Natalie Nguyen**
**Case settled and the motion to approve the settlement was filed on 3/29/19**

**Initial Projected Date of Final Report(TFR) :** 02/28/2020    **Current Projected Date of Final Report(TFR) :**

**Trustee's Signature**    /s/Richard A. Marshack (TR)    **Date:** 11/19/2019
Richard A. Marshack (TR)
870 Roosevelt
Irvine, CA 92620
Phone : (949) 333-7777

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| Case No: | 17-11047 | Trustee Name: | Richard A. Marshack (TR) |
| Case Name: | AA-TEK Machining, Inc. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******8090 |
| Taxpayer ID No: | **-***8397 | Account Name | Checking Account |
| For Period Ending: | 11/19/2019 | Blanket bond (per case limit): | 5,000,000.00 |
| | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/24/2017 | | Heritage Group Partners | Incoming wire: EMD for sale of assets | | 50,000.00 | | 50,000.00 |
| | [11] | | 10,090.00 | 1129-000 | | | |
| | [13] | | 23,714.00 | 1129-000 | | | |
| | [14] | | 16,196.00 | 1129-000 | | | |
| 05/21/2017 | | Heritage Group Partners | Incoming wire: balance due for sale of assets | | 120,000.00 | | 170,000.00 |
| | [6] | | 25.00 | 1129-000 | | | |
| | [7] | | 124.00 | 1129-000 | | | |
| | [8] | | 162.00 | 1129-000 | | | |
| | [9] | | 2,211.00 | 1129-000 | | | |
| | [10] | | 1,242.00 | 1129-000 | | | |
| | [11] | | 8,898.00 | 1129-000 | | | |
| | [12] | | 10,420.00 | 1129-000 | | | |
| | [13] | | 1,192.00 | 1129-000 | | | |
| | [15] | | 269.00 | 1129-000 | | | |
| | [16] | | 174.00 | 1129-000 | | | |
| | | | Page Subtotals | | 170,000.00 | 0.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 11)    **Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-11047 | Trustee Name: | Richard A. Marshack (TR) |
|---|---|---|---|
| Case Name: | AA-TEK Machining, Inc. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******8090 |
| Taxpayer ID No: | **-***8397 | Account Name | Checking Account |
| For Period Ending: | 11/19/2019 | Blanket bond (per case limit): | 5,000,000.00 |
| | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | [17] | | 100.00 | 1129-000 | | | |
| | [18] | | 820.00 | 1129-000 | | | |
| | [19] | | 472.00 | 1129-000 | | | |
| | [20] | | 1,578.00 | 1129-000 | | | |
| | [21] | | 13,227.00 | 1129-000 | | | |
| | [22] | | 691.00 | 1129-000 | | | |
| | [23] | | 4,759.00 | 1129-000 | | | |
| | [24] | | 18,904.00 | 1129-000 | | | |
| | [25] | | 13,039.00 | 1129-000 | | | |
| | [26] | | 9,638.00 | 1129-000 | | | |
| | [27] | | 8,106.00 | 1129-000 | | | |
| | [28] | | 7,585.00 | 1129-000 | | | |
| | [29] | | 14,156.00 | 1129-000 | | | |
| | [30] | | 1,708.00 | 1129-000 | | | |
| | [5] | | 500.00 | 1129-000 | | | |
| | | | Page Subtotals | | 120,000.00 | 0.00 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 17-11047 | Trustee Name: Richard A. Marshack (TR) |
| Case Name: AA-TEK Machining, Inc. | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******8090 |
| Taxpayer ID No: **-***8397 | Account Name: Checking Account |
| For Period Ending: 11/19/2019 | Blanket bond (per case limit): 5,000,000.00 |
| | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/21/2017 | 51001 | Treger Financial<br>7918 E McClain Dr, Suite 101<br>Scottsdale, AZ 85260 | payment in full secured liens; accounts 100676, 100727<br>per order 5/15/17 | 4210-000 | | 115,000.00 | 55,000.00 |
| 05/21/2017 | 51002 | CAN Capital<br>Attn: Gaetane Dormevil, Collector<br>2015 Vaughn Road, Suite 500<br>Kennesaw, GA 30144 | payment in full secured claim; account 106357<br>per order 5/15/17 | 4210-000 | | 20,000.00 | 35,000.00 |
| 06/07/2017 | 51003 | O'Neil Storage<br>2061 S Ritchey St<br>Santa Ana, CA 92705 | Invoice 1705277<br>5/31/17 | 2410-000 | | 83.60 | 34,916.40 |
| 06/18/2017 | 51004 | Bicher & Associates<br>PO Box 7010<br>Redlands, CA 92375 | Agent fees 3/1/17 to 5/31/17<br>per order 6/13/17 | 3991-400 | | 1,455.00 | 33,461.40 |
| 06/18/2017 | 51005 | Bicher & Associates<br>PO Box 7010<br>Redlands, CA 92375 | Agent expenses 3/1/17 to 5/31/17<br>per order 6/13/17 | 3992-410 | | 212.28 | 33,249.12 |
| 06/27/2017 | 51006 | HCI Environmental & Engineering Service<br>114 Business Center Drive<br>Corona, CA 92880 | Project No. HCI-062617-SP<br>Waste oil removal from premises per order 7/21/17 | 2990-000 | | 3,323.00 | 29,926.12 |
| 07/05/2017 | 51007 | Bicher & Associates<br>PO Box 7010<br>Redlands, CA 92375 | Agent fees 6/30/17<br>per order 6/13/17 | 3991-400 | | 22.50 | 29,903.62 |
| | | | | Page Subtotals | 0.00 | 140,096.38 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 17-11047 | Trustee Name: Richard A. Marshack (TR) |
| Case Name: | AA-TEK Machining, Inc. | Bank Name: Texas Capital Bank |
| | | Account Number/CD#: ******8090 |
| Taxpayer ID No: | **-***8397 | Account Name: Checking Account |
| For Period Ending: | 11/19/2019 | Blanket bond (per case limit): 5,000,000.00 |
| | | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/10/2017 | 51008 | O'Neil Storage<br>2061 S Ritchey St<br>Santa Ana, CA 92705 | Invoice 1706277<br>6/30/17 | 2410-000 | | 25.00 | 29,878.62 |
| 08/02/2017 | 51009 | O'Neil Storage<br>2061 S Ritchey St<br>Santa Ana, CA 92705 | Invoice 1707266<br>7/30/17 | 2410-000 | | 25.00 | 29,853.62 |
| 08/17/2017 | 51010 | Network Designs, Inc.<br>PO Box 16472<br>Irvine, CA 92623 | Invoice 42370; Services to assist with accessing Debtor's Quickbooks database<br>LBR 2016-2(a) | 2990-000 | | 150.00 | 29,703.62 |
| 09/06/2017 | 51011 | O'Neil Storage<br>2061 S Ritchey St<br>Santa Ana, CA 92705 | Invoice 1708272<br>8/30/17 | 2410-000 | | 25.00 | 29,678.62 |
| 10/05/2017 | 51012 | O'Neil Storage<br>2061 S Ritchey St<br>Santa Ana, CA 92705 | Invoice 1709268<br>9/30/17 | 2410-000 | | 25.00 | 29,653.62 |
| 11/03/2017 | 51013 | O'Neil Storage<br>2061 S Ritchey St<br>Santa Ana, CA 92705 | Invoice 1710266<br>10/30/17 | 2410-000 | | 25.00 | 29,628.62 |
| 12/04/2017 | 51014 | O'Neil Storage<br>2061 S Ritchey St<br>Santa Ana, CA 92705 | Invoice 1711265<br>11/30/17 | 2410-000 | | 25.00 | 29,603.62 |
| | | | Page Subtotals | | 0.00 | 300.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 17-11047 | Trustee Name: Richard A. Marshack (TR) |
| Case Name: AA-TEK Machining, Inc. | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******8090 |
| Taxpayer ID No: **-***8397 | Account Name  Checking Account |
| For Period Ending: 11/19/2019 | Blanket bond (per case limit): 5,000,000.00 |
| | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/04/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 41.42 | 29,562.20 |
| 01/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 41.33 | 29,520.87 |
| 01/05/2018 | 51015 | O'Neil Storage<br>2061 S Ritchey St<br>Santa Ana, CA 92705 | Invoice 1712264<br>12/30/17 | 2410-000 | | 25.00 | 29,495.87 |
| 02/06/2018 | 51016 | O'Neil Storage<br>2061 S Ritchey St<br>Santa Ana, CA 92705 | Account 0875<br>Invoice 1801263<br>1/30/18 | 2410-000 | | 25.00 | 29,470.87 |
| 02/08/2018 | 51017 | International Sureties, LTD<br>701 Poydras St, Suite 420<br>New Orleans, LA 70139 | Bond Premium | 2300-000 | | 16.45 | 29,454.42 |
| 03/05/2018 | 51018 | O'Neil Storage<br>2061 S Ritchey St<br>Santa Ana, CA 92705 | Account 0875<br>Invoice 1802254<br>2/28/18 | 2410-000 | | 25.00 | 29,429.42 |
| 04/03/2018 | 51019 | O'Neil Storage<br>2061 S Ritchey St<br>Santa Ana, CA 92705 | Account 0875<br>Invoice 1803264<br>3/31/18 | 2410-000 | | 25.00 | 29,404.42 |
| | | | | Page Subtotals | 0.00 | 199.20 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 17-11047 | Trustee Name: Richard A. Marshack (TR) |
| Case Name: AA-TEK Machining, Inc. | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******8090 |
| Taxpayer ID No: **-***8397 | Account Name: Checking Account |
| For Period Ending: 11/19/2019 | Blanket bond (per case limit): 5,000,000.00 |
| | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/07/2018 | 51020 | O'Neil Storage<br>2061 S Ritchey St<br>Santa Ana, CA 92705 | Account 0875<br>Invoice 1804253<br>4/30/18 | 2410-000 | | 35.00 | 29,369.42 |
| 06/05/2018 | 51021 | O'Neil Storage<br>2061 S Ritchey St<br>Santa Ana, CA 92705 | Account 0875<br>Invoice 1805257<br>5/30/18 | 2410-000 | | 35.00 | 29,334.42 |
| 07/06/2018 | 51022 | O'Neil Storage<br>2061 S Ritchey St<br>Santa Ana, CA 92705 | Account 0875<br>Invoice 1806264<br>6/30/18 | 2410-000 | | 35.00 | 29,299.42 |
| 08/06/2018 | 51023 | O'Neil Storage<br>2061 S Ritchey St<br>Santa Ana, CA 92705 | Account 0875<br>Invoice 1807253<br>7/30/18 | 2410-000 | | 35.00 | 29,264.42 |
| 09/10/2018 | 51024 | O'Neil Storage<br>2061 S Ritchey St<br>Santa Ana, CA 92705 | Account 0875<br>Invoice 1808255<br>8/30/18 | 2410-000 | | 35.00 | 29,229.42 |
| 10/02/2018 | 51025 | O'Neil Storage<br>2061 S Ritchey St<br>Santa Ana, CA 92705 | Account 0875<br>Invoice 1809254<br>9/30/18 | 2410-000 | | 35.00 | 29,194.42 |
| 11/06/2018 | 51026 | O'Neil Storage<br>2061 S Ritchey St<br>Santa Ana, CA 92705 | Account 0875<br>Invoice 1810248<br>10/30/18 | 2410-000 | | 35.00 | 29,159.42 |
| | | | | Page Subtotals | 0.00 | 245.00 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-11047 | Trustee Name: | Richard A. Marshack (TR) |
|---|---|---|---|
| Case Name: | AA-TEK Machining, Inc. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******8090 |
| Taxpayer ID No: | **-***8397 | Account Name | Checking Account |
| For Period Ending: | 11/19/2019 | Blanket bond (per case limit): | 5,000,000.00 |
| | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/06/2018 | 51027 | O'Neil Storage<br>2061 S Ritchey St<br>Santa Ana, CA 92705 | Account 0875<br>Invoice 1811247<br>11/30/18 | 2410-000 | | 35.00 | 29,124.42 |
| 01/03/2019 | 51028 | O'Neil Storage<br>2061 S Ritchey St<br>Santa Ana, CA 92705 | Account 0875<br>Invoice 1812241<br>12/30/18 | 2410-000 | | 35.00 | 29,089.42 |
| 02/01/2019 | 51029 | International Sureties, LTD<br>701 Poydras St, Suite 420<br>New Orleans, LA 70139 | Bond Premium | 2300-000 | | 24.74 | 29,064.68 |
| 03/04/2019 | 51030 | O'Neil Storage<br>2061 S Ritchey St<br>Santa Ana, CA 92705 | Account 0875<br>Invoice 1901244 and Feb<br>1/31/19 and 2/28/19 | 2410-000 | | 70.00 | 28,994.68 |
| 03/26/2019 | [31] | Natalie Nguyen | Settlement payment in full | 1241-000 | 15,000.00 | | 43,994.68 |
| 04/03/2019 | 51031 | O'Neil Storage<br>2061 S Ritchey St<br>Santa Ana, CA 92705 | Account 0875<br>Invoice 1903237<br>1-31-19 | 2410-000 | | 40.00 | 43,954.68 |
| 05/07/2019 | 51032 | O'Neil Storage<br>2061 S Ritchey St<br>Santa Ana, CA 92705 | Account 0875; April and destruction charges<br>Invoice 1904235<br>4-30-19 | 2410-000 | | 140.30 | 43,814.38 |
| | | | | Page Subtotals | 15,000.00 | 345.04 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-11047 | Trustee Name: | Richard A. Marshack (TR) |
|---|---|---|---|
| Case Name: | AA-TEK Machining, Inc. | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******8090 |
| Taxpayer ID No: | **-***8397 | Account Name | Checking Account |
| For Period Ending: | 11/19/2019 | Blanket bond (per case limit): | 5,000,000.00 |
| | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/14/2019 | 51033 | Richard A. Marshack<br>870 Roosevelt<br>Irvine , CA 92620 | Trustee's Compensation | 2100-000 | | 12,500.00 | 31,314.38 |
| 09/14/2019 | 51034 | Richard A. Marshack<br>870 Roosevelt<br>Irvine , CA 92620 | Trustee's Compensation | 2200-000 | | 411.62 | 30,902.76 |
| 09/14/2019 | 51035 | United States Bankruptcy Court | | 2700-000 | | 350.00 | 30,552.76 |
| 09/14/2019 | 51036 | Zinser Law Group, PC<br>18881 Von Karman Ave Ste 1175<br>Irvine, CA 92612 | | 3210-000 | | 9,500.00 | 21,052.76 |
| 09/14/2019 | 51037 | Zinser Law Group, PC<br>18881 Von Karman Ave Ste 1175<br>Irvine, CA 92612 | | 3220-000 | | 263.40 | 20,789.36 |
| 09/14/2019 | 51038 | Hahn Fife & Company LLP<br>790 E. Colorado Blvd, 9th Fl<br>Pasadena, CA 91101 | | 3410-000 | | 3,696.00 | 17,093.36 |
| 09/14/2019 | 51039 | Hahn Fife & Company LLP<br>790 E. Colorado Blvd, 9th Fl<br>Pasadena, CA 91101 | | 3420-000 | | 338.60 | 16,754.76 |
| | | | | Page Subtotals | 0.00 | 27,059.62 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 17-11047 | |
| Case Name: | AA-TEK Machining, Inc. | |
| Taxpayer ID No: | **-***8397 | |
| For Period Ending: | 11/19/2019 | |

| | | |
|---|---|---|
| Trustee Name: | Richard A. Marshack (TR) | |
| Bank Name: | Texas Capital Bank | |
| Account Number/CD#: | ******8090 | |
| Account Name | Checking Account | |
| Blanket bond (per case limit): | 5,000,000.00 | |
| Separate bond (if applicable): | 0.00 | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/14/2019 | 51040 | Southern California Edison Company<br>1551 W San Bernardino Rd<br>Covina, CA 91722 | | 2420-000 | | 395.52 | 16,359.24 |
| 09/14/2019 | 51041 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340<br>PO Box 2952<br>Sacramento, CA 95812 | | 2820-000 | | 1,725.00 | 14,634.24 |
| 09/14/2019 | 51042 | County of Orange<br>PO Box 4515<br>Santa Ana, CA 92702 | Disb of 100.00% to Claim #00002 | 4800-000 | | 936.83 | 13,697.41 |
| 09/14/2019 | 51043 | County of Orange<br>PO Box 4515<br>Santa Ana, CA 92702 | Disb of 76.09% to Claim #00002A | 5800-000 | | 2,278.62 | 11,418.79 |
| 09/14/2019 | 51044 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340<br>PO Box 2952<br>Sacramento, CA 95812 | Disb of 76.09% to Claim #00005A | 5800-000 | | 2,034.31 | 9,384.48 |
| 09/14/2019 | 51045 | Employment Development Department<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA 94280 | Disb of 76.09% to Claim #00012A | 5800-000 | | 9,384.48 | 0.00 |
| | | | | Page Subtotals | 0.00 | 16,754.76 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 17-11047 | Trustee Name: Richard A. Marshack (TR) |
| Case Name: AA-TEK Machining, Inc. | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******8090 |
| Taxpayer ID No: **-***8397 | Account Name: Checking Account |
| For Period Ending: 11/19/2019 | Blanket bond (per case limit): 5,000,000.00 |
| | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

Page Subtotals

| | Deposits | Disbursements |
|---|---|---|
| **COLUMN TOTALS** | 185,000.00 | 185,000.00 |
| Less: Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 185,000.00 | 185,000.00 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 185,000.00 | 185,000.00 |

| | | |
|---|---|---|
| All Accounts Gross Receipts: | 185,000.00 | |
| All Accounts Gross Disbursements: | 185,000.00 | |
| All Accounts Net: | 0.00 | |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******8090 Checking Account | 185,000.00 | 185,000.00 | |
| **Net Totals** | 185,000.00 | 185,000.00 | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page 20)    **Exhibit 9**